Fill in this information to identify the case:

Debtor Name **Alvand Construction Inc**

United States Bankruptcy Court for the: **Northern** District of **Texas** (State)

Case number (If known): **26-33696-SWE-7**

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

❑ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Prosperity Bank | Checking account | 2 2 7 4 | $149.88 |
| 3.2. | Prosperity Bank | Checking account | 2 1 6 2 | $527.24 |
| 3.3. | Chase Bank | Checking account | 5 0 6 6 | $712.02 |

4. **Other cash equivalents** *(Identify all)*

4.1

4.2

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$1,389.14**

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
❑ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1

7.2

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 __________

8.2 __________

9. **Total of Part 2**
Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: ______ face amount - ______ doubtful or uncollectible accounts =..... ➔

11b. Over 90 days old: ______ face amount - ______ doubtful or uncollectible accounts =..... ➔

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1 | | |
| 14.2 | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: % of ownership: | | |
| 15.1. | | |
| 15.2. | | |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1 | | |
| 16.2 | | |

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

______

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ❑ No. Go to Part 6.
- ☑ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | Construction Material | 06/24/2026 MM / DD / YYYY | unknown | | $10,000.00 |
| 20. | **Work in progress** | | | | |
| | | MM / DD / YYYY | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | | MM / DD / YYYY | | | |
| 22. | **Other inventory or supplies** | | | | |
| | | MM / DD / YYYY | | | |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$10,000.00

24. **Is any of the property listed in Part 5 perishable?**

- ☑ No
- ❑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

- ☑ No
- ❑ Yes. Book value ______ Valuation method ______ Current value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

- ☑ No
- ❑ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No. Go to Part 7.
- ❑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops—either planted or harvested** | | | |
| | | | | |

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment** (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

❑ No
❑ Yes. Is any of the debtor's property stored at the cooperative?
  ❑ No
  ❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

❑ No
❑ Yes. Book value ________ Valuation method ________ Current value ________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

❑ No
❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

❑ No
❑ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

❑ No. Go to Part 8.
☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **6-7 Desks, 10-15 Office chairs, 4 office cabinets** | **unknown** | | **$800.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **1-2 Computer, Monitors, keyboards, mice** | **unknown** | | **$200.00** |

| | | | |
|---|---|---|---|
| **copy machine (8 yearss old)** | **unknown** | | **$1,500.00** |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1

42.2

42.3

43. **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86. **$2,500.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2011 Ford F-150 / VIN: 1FTEX1CMXBFA39751 Commercial Trucks** | **unknown** | **JD Power** | **$3,500.00** |
| 47.2 **2013 Ford F-150 / VIN: 1FTEX1CM4DFB15807 Commercial Trucks** | **unknown** | **JD Power** | **$4,000.00** |
| 47.3 **2014 Ford F-150 / VIN: 1FTMF1CM5EKE43351 Commercial Trucks** | **unknown** | | **$4,000.00** |
| 47.4 **2009 Ford F-150 / VIN: 1FTRF12W69KC76682 Commercial Trucks** | **unknown** | **JD Power** | **$1,750.00** |
| 47.5 **2009 Ford F-150 / VIN: 1FTRF12W79KB7079 Commercial Trucks** | **unknown** | **JD Power** | **$1,750.00** |
| 47.6 **2008 Ford F-150 / VIN: 1FTRF1222BKCB7240 Commercial Trucks** | **unknown** | **JD Power** | **$1,750.00** |
| 47.7 **2013 Ford F-150 / VIN: 1FTNF1CF1DKE23738 Commercial Trucks** | **unknown** | **JD Power** | **$4,000.00** |
| 47.8 **2015 Ford F-150 / VIN: 1FTEX1CB1FKE97355 Commercial Trucks** | **unknown** | **JD Power** | **$4,750.00** |

| | | | | |
|---|---|---|---|---|
| 47.9 | **2015 Ford F-150 / VIN: 1FTEW1C89FFA31250 Commercial Trucks** | **unknown** | **JD Power** | **$7,750.00** |
| 47.10 | **2014 Ram Truck Ram 4500 Flatbed / VIN: 3C7WRKFLXEG175696 Commercial Trucks** | **unknown** | | **$11,000.00** |
| 47.11 | **2018 Ram Truck Ram 4500 Flatbed / Commercial Trucks** | **unknown** | | **$18,000.00** |
| 47.12 | **2014 Dodge Ram 5500 Flatbed / VIN: 3C7WRNFL2EG194342 Commercial Trucks** | **unknown** | | **$20,000.00** |
| 47.13 | **2007 Isuzu Box Truck 001 / VIN: 4KLB4B1U47J803666 Commercial Trucks** | **unknown** | | **$3,000.00** |
| 47.14 | **1995 Isuzu Box Truck 002 / VIN: 4KLB4B1A55J003165 Commercial Trucks** | **unknown** | | **$3,000.00** |
| 47.15 | **2001 GMC 2500 Box Truck / VIN: 4KDB4B1R61J804493 Commercial Trucks** | **unknown** | | **$5,000.00** |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1 | **2017 BT-25GN (Big Tex Gooseneck) / VIN: 16VGX2524H2048671 Trailer** | **unknown** | | **$15,000.00** |
| 48.2 | **2013 PJ Flat Bed / VIN: 4PSCC1622D1180591 Trailer** | **unknown** | | **$9,000.00** |
| 48.3 | **2016 Big TX UT Small Trailer / VIN: 16VAX0813G2009047 Trailer** | **unknown** | | **$1,500.00** |
| 48.4 | **2015 BT Dump / VIN: 16VDX142DF5021445 Trailer** | **unknown** | | **$6,000.00** |
| 48.5 | **2008 Pace / VIN: 4P2PB121BBU092000 Trailer** | **unknown** | | **$2,500.00** |
| 48.6 | **2014 Texan Cargo / VIN: 571BE1222EM004938 Trailer** | **unknown** | | **$2,000.00** |
| 48.7 | **2022 Stallion / VIN: 7SWBE1212NM000542 Trailer** | **unknown** | | **$2,000.00** |

49. **Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 49.1 | | | | |
| 49.2 | | | | |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Case TR320-001 / VIN: KDM463092 Compact Track Loader** | **unknown** | | **$15,000.00** |
| **WR-005 / VIN: WNCRD12AEPUM01412 Roller-Compactor** | **unknown** | | **$12,000.00** |
| **Case TR320-002 / VIN: NDM463093 Compact Track Loader** | **unknown** | | **$15,000.00** |
| **Case TR340-001 / VIN: JAFTR340TFM413337 Compact Track Loader** | **unknown** | | **$40,000.00** |
| **Case TR340-002 / VIN: JAFTR340CFM407060 Compact Track Loader** | **unknown** | | **$40,000.00** |
| **Case Compact Track Loader TR340-003 / VIN: JAFTR340EFM407048 No engine (parts value only)** | **unknown** | | **$10,000.00** |

| | | | |
|---|---|---|---|
| **Case TR340-004** / VIN: JAFTR340EJM451771 Compact Track Loader | unknown | | $42,000.00 |
| **Case TR340-005** / VIN: JAFTR340AJM453046 Compact Track Loader | unknown | | $40,000.00 |
| **Bobcat T190-001** / VIN: A3LN35550 Compact Track Loader | unknown | | $18,000.00 |
| **Case TV370-001** / Compact Track Loader | unknown | | $35,000.00 |
| **Wacker Neuson ST45-001** / Compact Track Loader | unknown | | $45,000.00 |
| **Wacher Neuson ST45-002** / Compact Track Loader | unknown | | $45,000.00 |
| **Wacker Neuson WR-001** / VIN: 20020421 Roller-Compactor | unknown | | $11,000.00 |
| **WR-002** / VIN: 24408986 Roller-Compactor | unknown | | $11,000.00 |
| **WR-003** / VIN: 24409001 Roller-Compactor | unknown | | $11,000.00 |
| **WR-004** / VIN: WNCRD12AVPUM00732 Roller-Compactor | unknown | | $11,000.00 |
| **WR-006** / VIN: WNCR0801EHAA00275 Roller-Compactor | unknown | | $65,000.00 |
| **P-001** / VIN: 9618442917 Plate-Compactor | unknown | | $2,000.00 |
| **2018 Css-001** / VIN: 1C9SV1225J1418364 Hot Seal | unknown | | $37,000.00 |
| **CX80-001** / VIN: DAC080K6NG56B1573 Excavator | unknown | | $20,000.00 |
| **CX80-002** / VIN: DAC080K5NHS6B1748 Excavator | unknown | | $20,000.00 |
| **CX80-003** / VIN: DAC080K6NJS5B2127 Excavator | unknown | | $20,000.00 |
| **CX145D- SR-001** / VIN: DAC145K7NLS7E1992 Excavator | unknown | | $85,000.00 |
| **CX145D SR-002** / VIN: DAC145K7NLS7E2012 Excavator | unknown | | $85,000.00 |
| **WB-001** / VIN: 160878 Concrete Buggies | unknown | | $1,000.00 |
| **WB-002** / VIN: 161042 Concrete Buggies | unknown | | $1,000.00 |
| **WB-003** / VIN: 190143 Concrete Buggies | unknown | | $1,000.00 |
| **WB-004** / VIN: 190150 Concrete Buggies | unknown | | $1,000.00 |
| **WB-005** / VIN: 190357 Concrete Buggies | unknown | | $1,000.00 |
| **WB-006** / VIN: 190359 Concrete Buggies | unknown | | $1,000.00 |
| **WB-007** / VIN: 190643 Concrete Buggies | unknown | | $1,000.00 |
| **WB-008** / VIN: 190662 Concrete Buggies | unknown | | $1,000.00 |
| **WB-009** / VIN: 190656 Concrete Buggies | unknown | | $1,000.00 |
| **LT-001** / VIN: AT19C02285 Fork Lift | unknown | | $7,000.00 |
| **DH3500-001** / VIN: 80118113 Drop Hammer | unknown | | $4,000.00 |
| **DH3500-002** / VIN: 41819001 Drop Hammer | unknown | | $4,000.00 |
| **ACG DH3500-003** / VIN: 80118003 Drop Hammer | unknown | | $4,000.00 |
| **DH3500-004** / VIN: 91819041 Drop Hammer | unknown | | $4,000.00 |
| **DH3500-005** / VIN: 80519102 Drop Hammer | unknown | | $4,000.00 |
| **Husqvarna/Gus** / VIN: 2021-3610020 Pavement Saw | unknown | | $2,000.00 |
| **SM-001** / VIN: 156918 Pavement Saw | unknown | | $25,000.00 |

Debtor **Alvand Construction Inc** Case number *(if known)* **26-33696-SWE-7**
Name

| | | | |
|---|---|---|---|
| **SM-001 / VIN: 163505 Pavement Saw** | **unknown** | | **$25,000.00** |
| **SM-003 / VIN: 160462 Pavement Saw** | **unknown** | | **$25,000.00** |
| **ACG Clean Sweeper / VIN: 1108564 Sweeper** | **unknown** | | **$4,000.00** |
| **VIBR-001 / VIN: 189119671 Vibrators** | **unknown** | | **$1,000.00** |
| **VIBR-002 / VIN: 188960570 Vibrators** | **unknown** | | **$1,000.00** |
| **Arrow-001 / VIN: AB-FG301770 Arrow Boards** | **unknown** | | **$2,000.00** |
| **Arrow-002 / VIN: AB-FG301734 Arrow Boards** | **unknown** | | **$2,000.00** |
| **Arrow-003 / VIN: AB-M1532227 Arrow Boards** | **unknown** | | **$2,000.00** |
| **Arrow-004 / VIN: AB-M1532035 Arrow Boards** | **unknown** | | **$2,000.00** |
| **Arrow-005 / VIN: AB-N1532563 Arrow Boards** | **unknown** | | **$2,000.00** |
| **Arrow-006 / VIN: AB-N1532677 Arrow Boards** | **unknown** | | **$2,000.00** |
| **Arrow-007 / VIN: AB-530236 Arrow Boards** | **unknown** | | **$2,000.00** |
| **Arrow-008 / VIN: AB-530316 Arrow Boards** | **unknown** | | **$2,000.00** |
| **Arrow-009 / VIN: AB-531060 Arrow Boards** | **unknown** | | **$2,000.00** |
| **Arrow-010 / VIN: AB-529100 Arrow Boards** | **unknown** | | **$2,000.00** |
| **Arrow-011 / VIN: AB-528983 Arrow Boards** | **unknown** | | **$2,000.00** |
| **Arrow-012 / Arrow Boards** | **unknown** | | **$2,000.00** |
| **Arrow-013 / Arrow Boards** | **unknown** | | **$2,000.00** |
| **Arrow-014 / Arrow Boards** | **unknown** | | **$2,000.00** |

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87. **$1,013,250.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☑ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- ☑ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | **Description and location of property**<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 55.1 | | | | | |
| 55.2 | | | | | |

55.3 ____

55.4 ____

55.5 ____

55.6 ____

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ❑ No
- ❑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ❑ No
- ❑ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☑ No. Go to Part 11.
- ❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ❑ No
- ❑ Yes

Debtor **Alvand Construction Inc** Case number *(if known)* **26-33696-SWE-7**
Name

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

❑ No
❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

❑ No
❑ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
❑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

______ ______ Total face amount – ______ doubtful or uncollectible amount = ➔ ______

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

______ Tax year ______ ______
______ Tax year ______ ______
______ Tax year ______ ______

73. **Interests in insurance policies or annuities**

______ ______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

______ ______

**Nature of claim** ______

**Amount requested** ______

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

______ ______

**Nature of claim** ______

**Amount requested** ______

76. **Trusts, equitable or future interests in property**

______ ______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

______ ______

Debtor **Alvand Construction Inc** Case number *(if known)* **26-33696-SWE-7**
Name

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
❑ No
❑ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$1,389.14** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$10,000.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$2,500.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,013,250.00** | |
| 88. | **Real property.** *Copy line 56, Part 9.*........ ➔ | | |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* + | | |
| 91. | **Total.** *Add lines 80 through 90 for each column*..........91a. | **$1,027,139.14** | + 91b. |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......... **$1,027,139.14**

Fill in this information to identify the case:

Debtor name **Alvand Construction Inc**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): **26-33696-SWE-7** Chapter **7**

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real Property:** Copy line 88 from *Schedule A/B*.......... | **$0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*.......... | **$1,027,139.14** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*.......... | **$1,027,139.14** |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.......... | **$1,098,050.84** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......... | **$48,158.69** |
| 3b. **Total amount of claims of non-priority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......... | **+ $1,196,919.49** |
| 4. **Total liabilities**.......... Lines 2 + 3a + 3b | **$2,343,129.02** |

Fill in this information to identify the case:

Debtor name **Alvand Construction Inc**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): **26-33696-SWE-7**

☑ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☑ *Amended Schedule* **Amended Schedules DEF**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/29/2026**
MM/ DD/ YYYY

✗ **/s/ Gholamhossien Tabaee Seghatoleslami**
Signature of individual signing on behalf of debtor

**Gholamhossien Tabaee Seghatoleslami**
Printed name

**President**
Position or relationship to debtor