Fill in this information to identify the case:

Debtor name **Alvand Construction Inc**

United States Bankruptcy Court for the: **Northern** District of **Texas** (State)

Case number (if known): **26-33696-SWE-7**

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|
| **2.1** **Creditor's name** Dallas County | $7,991.42 | $700,000.00 |

**Creditor's mailing address**
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue Suite 800
Dallas, TX 75219

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Specify each creditor, including this creditor, and its relative priority.
  1) Smyrna Ready Mix Concrete, LLC; **2) Dallas County**; 3) Texas Trust Credit Union

**Describe debtor's property that is subject to a lien**
Real Property

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$1,098,050.84**

Debtor **Alvand Construction Inc** Case number (if known) **26-33696-SWE-7**
Name

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.2 Creditor's name** Internal Revenue Service | **Describe debtor's property that is subject to a lien** | **$940,113.12** | **unknown** |
| **2.3 Creditor's name** Smyrna Ready Mix Concrete, LLC | **Describe debtor's property that is subject to a lien** Real Property | **$142,946.30** | **$700,000.00** |

**2.2 Creditor's name**
**Internal Revenue Service**

**Creditor's mailing address**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101**

**Creditor's email address, if known**

**Date debt was incurred** 3/11/2026

**Last 4 digits of account number** 9 6 1 8

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines ______

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Ad Valorem Property Tax Lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.3 Creditor's name**
**Smyrna Ready Mix Concrete, LLC**

**Creditor's mailing address**
**3440 V V Jones Rd**
**Venus, TX 76084**

**Creditor's email address, if known**

**Date debt was incurred** 2025

**Last 4 digits of account number** 0 9 6 3

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
Real Property

**Describe the lien**
**ACG Property**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor **Alvand Construction Inc** Case number (if known) **26-33696-SWE-7**
Name

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A Amount of claim (Do not deduct the value of collateral.) | Column B Value of collateral that supports this claim |
|---|---|---|
| 2.4 Texas Trust Credit Union | unknown | $700,000.00 |
| 2.5 Wacker Neuson Finance | $7,000.00 | $121,000.00 |

**2.4 Creditor's name**
**Texas Trust Credit Union**

**Creditor's mailing address**
**Attn: Bankruptcy**
**PO Box 2260**
**Mansfield, TX 76063**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
Real Property

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.5 Creditor's name**
**Wacker Neuson Finance**

**Creditor's mailing address**
**PO Box 660831**
**Dallas, TX 75266**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Wacker Neuson ST45-001, Wacker Neuson WR-001, WR-006

**Describe the lien**
**Services**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Fill in this information to identify the case:

Debtor name **Alvand Construction Inc**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): **26-33696-SWE-7**

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.2** | $12,358.69 | $12,358.69 |
| **2.3** | $2,900.00 | $2,900.00 |

**2.2 Priority creditor's name and mailing address**

**Dallas County Property Taxes**
**Dallas County, Tax Assessor-Collector**
**PO Box 139066**
**Dallas, TX 75313**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:** **Property Taxes**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Total claim:** **$12,358.69** **Priority amount:** **$12,358.69**

**2.3 Priority creditor's name and mailing address**

**Lorenzo S. Fonceca**
**4434 Fimore**
**Dallas, TX 75223**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Total claim:** **$2,900.00** **Priority amount:** **$2,900.00**

Debtor **Alvand Construction Inc** Case number *(if known)* **26-33696-SWE-7**
Name

## Part 1: Additional Page

| | | | |
|---|---|---|---|
| **2.4** **Priority creditor's name and mailing address**<br>**Rosondo Flores Solozano**<br>**3967 Fritrz St.**<br>**Dallas, TX 75241**<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the Claim:**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$2,900.00** | **$2,900.00** |
| **2.5** **Priority creditor's name and mailing address**<br>**Sina Tabaee**<br>**4975 Addison Cir #3132**<br>**Addison, TX 75001**<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the Claim:**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$30,000.00** | **$30,000.00** |

Debtor **Alvand Construction Inc**
Name

Case number *(if known)* **26-33696-SWE-7**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Alfa Y Omega Trucking
912 Calle Real
Mesquite, TX 75149

**Date or dates debt was incurred** 9/6/2025
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$25,000.00**

**3.2 Nonpriority creditor's name and mailing address**
Ally Financial
Attn: Bankruptcy Dept
PO Box 380901
Minneapolis, MN 55438

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

**3.3 Nonpriority creditor's name and mailing address**
Als Trucking Service LLC
136 Rustic Trail
Van Alstyne, TX 75495

**Date or dates debt was incurred** 1/5/2026
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$57,179.00**

**3.4 Nonpriority creditor's name and mailing address**
Amador Contractors, LCC
116 Northcliff
Dallas, TX 75203

**Date or dates debt was incurred** 11/6/2024
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$20,000.00**

Debtor **Alvand Construction Inc** Case number *(if known)* **26-33696-SWE-7**
Name

**Part 2: Additional Page**

**3.5 Nonpriority creditor's name and mailing address**
Ashkan Beheshti - Verna, LLC
17250 Dallas Parkway
Dallas, TX 75248

**As of the petition filing date, the claim is:** **$61,000.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.6 Nonpriority creditor's name and mailing address**
Ashkan Beheshti - Verna, LLC
17250 Dallas Parkway
Dallas, TX 75248

**As of the petition filing date, the claim is:** **$100.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.7 Nonpriority creditor's name and mailing address**
Big City Crushed Concrete
PO Box 29816
Dallas, TX 75229

**As of the petition filing date, the claim is:** **$2,732.16**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** 4/3/2026

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.8 Nonpriority creditor's name and mailing address**
CMC Construction
PO Box 844573
Dallas, TX 75284

**As of the petition filing date, the claim is:** **$60,000.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor **Alvand Construction Inc** Case number *(if known)* **26-33696-SWE-7**
Name

**Part 2: Additional Page**

**3.9 Nonpriority creditor's name and mailing address**
Core Cut LLC
824 S Tyler St
Dallas, TX 75208

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,000.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** 1/5/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.10 Nonpriority creditor's name and mailing address**
Cow Town Redi Mix Inc.
PO Box 162327
Fort Worth, TX 76161

**As of the petition filing date, the claim is:** *Check all that apply.* **$498,120.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** 4/3/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.11 Nonpriority creditor's name and mailing address**
Crafco Inc
6165 W Detroit St
Chandler, AZ 85226

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,503.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** 2/14/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.12 Nonpriority creditor's name and mailing address**
Cyclone Diamond USA LLC
563 W Golf Rd
Arlington Heights, IL 60005

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,760.38**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** 4/10/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Alvand Construction Inc** Case number *(if known)* **26-33696-SWE-7**
Name

**Part 2: Additional Page**

**3.13 Nonpriority creditor's name and mailing address**
Denali Services & Transport LLC
3160 Commonwealth Dr Ste 190
Dallas, TX 75247

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,920.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** 4/3/2026

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.14 Nonpriority creditor's name and mailing address**
Fuel Express
PO Box 896
Mount Pleasant, SC 29465

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.15 Nonpriority creditor's name and mailing address**
Go Daddy
2155 E. GoDaddy Way
Tempe, AZ 85284

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.16 Nonpriority creditor's name and mailing address**
Godwin Bowman Group
500 North Akard Street, Suite 1100
Dallas, TX 75201

**As of the petition filing date, the claim is:** *Check all that apply.* **$51,992.96**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** 6/17/2025

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Attorney fees

Debtor **Alvand Construction Inc** Case number *(if known)* **26-33696-SWE-7**
Name

## Part 2: Additional Page

**3.17 Nonpriority creditor's name and mailing address**
**Great American Insurance**
**Attn: Bond Division**
**301 East Fourth St., Floor 22**
**Cincinnati, OH 45202**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$250,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.18 Nonpriority creditor's name and mailing address**
**JFC Saw & Concrete**
**112 Greenville**
**Addison, TX 75001**

**Date or dates debt was incurred** **6/13/2025**
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$13,892.62**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.19 Nonpriority creditor's name and mailing address**
**JMR Concrete Cut LLC**
**PO Box 171353**
**Dallas, TX 75217**

**Date or dates debt was incurred** **4/3/2025**
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$24,909.93**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.20 Nonpriority creditor's name and mailing address**
**Monroe Guaranty Insurance Company**
**P.O. Box 525**
**Milwaukee, WI 53201**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** **4 7 0 1**

**As of the petition filing date, the claim is:** **$6,557.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Alvand Construction Inc** Case number *(if known)* **26-33696-SWE-7**
Name

**Part 2: Additional Page**

**3.21 Nonpriority creditor's name and mailing address**
National Construction Rental
PO Box 841461
Los Angeles, CA 90084

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$151.55**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.22 Nonpriority creditor's name and mailing address**
National Construction Rental
PO Box 841461
Los Angeles, CA 90084

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$30,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.23 Nonpriority creditor's name and mailing address**
North Texas Toll
C/O F.H Cann & Associates, Inc.
P.O. Box 7
North Andover, MA 01845

**Date or dates debt was incurred**

**Last 4 digits of account number** 2 1 2 0

**As of the petition filing date, the claim is:** **$30,364.78**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Tolls

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.24 Nonpriority creditor's name and mailing address**
Rebar Specialist
5931 Greenville Ave.
Dallas, TX 75206

**Date or dates debt was incurred** 3/17/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$21,721.21**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Alvand Construction Inc** Case number *(if known)* **26-33696-SWE-7**
Name

## Part 2: Additional Page

**3.25 Nonpriority creditor's name and mailing address**

**Spectrum**
**4145 Falkenburg Rd.**
**San Antonio, FL 33576**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** 5 1 2 6

**As of the petition filing date, the claim is:** **$714.90**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.26 Nonpriority creditor's name and mailing address**

**United Site Services**
**PO Box 660475**
**Dallas, TX 75266**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Alvand Construction Inc** Case number *(if known)* **26-33696-SWE-7**
Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | **$48,158.69** |
| 5b. **Total claims from Part 2** | 5b. | + | **$1,196,919.49** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$1,245,078.18** |

Fill in this information to identify the case:

Debtor name **Alvand Construction Inc**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): **26-33696-SWE-7** Chapter **7**

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

1a. **Real Property:**
Copy line 88 from *Schedule A/B*.................... **$0.00**

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.................... **$1,027,139.14**

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.................... **$1,027,139.14**

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ **$1,098,050.84**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................... **$48,158.69**

3b. **Total amount of claims of non-priority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................... **+ $1,196,919.49**

4. **Total liabilities**.................... **$2,343,129.02**
Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **Alvand Construction Inc**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): **26-33696-SWE-7**

☑ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☑ *Amended Schedule* **Amended Schedules DEF**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/29/2026**
MM/ DD/ YYYY

X **/s/ Gholamhossien Tabaee Seghatoleslami**
Signature of individual signing on behalf of debtor

**Gholamhossien Tabaee Seghatoleslami**
Printed name

**President**
Position or relationship to debtor